**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BELINDA SAUNDERS,<br><br>              Plaintiff,<br><br>vs.<br><br>EMORY HEALTHCARE, INC.,<br><br>              Defendant. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-282-WSD |

**J U D G M E N T**

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of December, 2008.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                   By: */s/ K. Thornton*
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 30, 2008
James N. Hatten
Clerk of Court

By: */s/ K. Thornton*
      Deputy Clerk